| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the:<br>**SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  **Mark A. Martinez, LLC**

2. **All other names debtor used in the last 8 years**  **aka Gulf Coast Custom Coating & Lease Service**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  _3_ _8_ – _3_ _8_ _9_ _3_ _8_ _8_ _1_

4. **Debtor's address**

   **Principal place of business**
   
   **1544 Highway 60**
   Number   Street
   
   _____
   
   **Bay City**              **TX**    **77414**
   City                      State   ZIP Code
   
   **Matagorda**
   County

   **Mailing address, if different from principal place of business**
   
   **P.O. Box 826**
   Number   Street
   
   _____
   P.O. Box
   
   **Van Vleck**             **TX**    **77482**
   City                      State   ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   _____
   Number   Street
   
   _____
   
   _____
   City                      State   ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor **Mark A. Martinez, LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   Check all that apply:

    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    - ☐ A plan is being filed with this petition.

    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Debtor **Mark A. Martinez, LLC** _____ Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When ___/___/_____ (MM/DD/YYYY) Case number _____
District _____ When ___/___/_____ (MM/DD/YYYY) Case number _____
District _____ When ___/___/_____ (MM/DD/YYYY) Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ When ___/___/_____ (MM/DD/YYYY)
Case number, if known _____

Debtor _____ Relationship _____
District _____ When ___/___/_____ (MM/DD/YYYY)
Case number, if known _____

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Mark A. Martinez, LLC** _____   Case number (if known) _____

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____  _____  _____<br>City                State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>         Contact name    _____<br>         Phone           _____ |

### Statistical and adminstrative information

| 13. | Debtor's estimation of available funds | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

| 15. | Estimated assets | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor **Mark A. Martinez, LLC** _____ Case number (if known) _____

**Part X:**   **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/24/2016**
MM / DD / YYYY

X **/s/ Mark A. Martinez**         **Mark A. Martinez**
Signature of authorized representative of debtor    Printed name

Title **President**

**18. Signature of attorney**

X **/s/ William A. Whittle**         Date **05/24/2016**
Signature of Attorney for Debtor         MM / DD / YYYY

**William A. Whittle**
Printed name

**The Whittle Law Firm, PLLC**
Firm Name

**308 Atrium Plaza I**
Number    Street

**5151 Flynn Parkway**

**Corpus Christi**         **TX**    **78411**
City            State    ZIP Code

Contact phone **(361) 887-6993**    Email address **w.whittle@whittlelawfirm.com**

**21407000**         _____
Bar number         State

Debtor(s): **Mark A. Martinez, LLC**    Case No:    SOUTHERN DISTRICT OF TEXAS
Chapter: **11**    GALVESTON DIVISION

Ally Financial
P.O. Box 380902
Bloomington, MN 55438

Texas Workforce Commission
PO Box 877
Austin, TX  78767-0877

Cristyn Hallmar, PCC
Matagorda County Tqax Assesor-C
1700 7th Street, Room 203
Bay City, Texas 77414-5091

Texs Comptroller of Public Acco
P.O. Box 13528
Austin, Texas 78711-3528

Crown Funding Group
126 10th Street # 207
Brooklyn, Ny 11215

Flash Advance
6261 NW 6th Way, Ste 103
Ft. Lauderdale, FL 33309

Ford Motor Credit
PO Box 650575
Dallas, TX  75265-0575

GE Capital (Bobcat)
P.O. Box 536447
Atlanta, GA 30353-647

Internal Revenue Service
Centralized Insolvency Operatio
P.O. Box 7346
Philadelphia, PA 19101-7346

Kubota Credit Corp
P.O. Box 0559
Carol Stream, IL 60132-0559

Prosperity Bank
1600 7th Street
Bay City, Texas 77414

Prospertity Bank
1600 7th Street
Bay City, Texas 77414