| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mark A. Martinez, LLC** |
| United States Bankruptcy Court for the | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 16-80149-G-11 |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which
the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Prospertity Bank<br>1600 7th Street<br>Bay City, Texas 77414 | | Mortgage Office | | $208,263.27 | $0.00 | $208,263.27 |
| 2 | Specialty Sand Company<br>16601 Garrett Road<br>Houston, Texas 77044 | | Vendor | | | | $40,908.15 |
| 3 | Blueline Rental<br>P.O. Box 480062<br>Dallas, Texas 75284-0062 | | vendor | | | | $36,000.83 |
| 4 | United Rentals<br>P.O. Box 840514<br>Dallas, TX 75284-0514 | | Vendor | | | | $31,646.39 |
| 5 | Ford Motor Credit<br>PO Box 650575<br>Dallas, TX  75265-0575 | | | | $28,459.79 | $0.00 | $28,459.79 |

Debtor   **Mark A. Martinez, LLC**                                    Case number (if known) 16-80149-G-11
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Industrial Piping Specialists P.O. Box 581270 Tulsa Tulsa, OK 74158- | | Vendor | | | | $25,444.46 |
| 7  Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 | | 941 Taxes | | | | $23,548.31 |
| 8  Diamond G. Inspection 11050 W. Little York Bldg G Houston, TX 77041 | | Non-Purchase Money | | | | $20,503.25 |
| 9  Clear Creek Equipment 602 Hwy 146 South La Porte, Texas 77571 | | Non-Purchase Money | | | | $19,265.88 |
| 10  Momentum Rental and Sales 809 South Highway 35 Port Lavaca, TX 77979 | | Non-Purchase Money | | | | $17,146.46 |
| 11  Nueces Power Equipment P.O. Box 4789 Corpus Christi, TX 78469 | | Non-Purchase Money | | | | $15,168.94 |
| 12  A1 Installations, Inc. P.O. Box 131373 Spring, TX 77393 | | Computer servicing | | | | $13,932.55 |
| 13  Briggs Equipment 10540 N. Stemmons Frwy Dallas, TX 75220 | | Non-Purchase Money | | | | $12,115.18 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor   **Mark A. Martinez, LLC**
Name

Case number (if known) 16-80149-G-11

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and ||||
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Seaport Supply Dept 375 P.O. Box 4652 Houston, TX 77210-4652 | | Non-Purchase Money | | | | $11,184.02 |
| 15 | PSS Companies Rental 1010 Lamar, Ste 710 Houston, Texas 77002 | | Non-Purchase Money | | | | $9,815.63 |
| 16 | Praxair Distribution Inc P.O. Box 120812 Dept 0812 Dallas, TX 75312- | | Non-Purchase Money | | | | $8,661.10 |
| 17 | Coastal Tool & Supply | | Non-Purchase Money | | | | $6,754.51 |
| 18 | Linda's Sand and Gravel, LLC 2058 FM 1163 RD El Campo, TX 77437 | | Non-Purchase Money | | | | $6,088.74 |
| 19 | Carboline Box 931942 Cleveland, OH 44193 | | Non-Purchase Money | | | | $5,862.93 |
| 20 | Haller-Phillips, Inc P.O.Box 67 Hobbs, NM 88241 | | Non-Purchase Money | | | | $5,640.24 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 3