**Fill in this information to identify the case**

Debtor name **Mark A. Martinez, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-80149-G-11**
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets -- Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 2. **Cash on hand** | | | | **$203.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
| --- | --- | --- | --- | --- |
| 3.1. | Checking account at Wells Fargo Bank | Checking account at Wells Fargo Bank | 1 2 8 6 | $1,395.56 |
| 3.2. | Checking account Prosperity Bank | Checking account | _ _ _ _ | ($1,468.93) |
| 3.3. | Checking account Prosperity Bank Payroll | Checking account | _ _ _ _ | ($43,933.97) |
| 3.4. | Checking account Prosperity Bank Operating | Checking account | _ _ _ _ | ($2,423.52) |

4. **Other cash equivalents** *(Identify all)*

| | Name of institution (bank or brokerage firm) | | | |
| --- | --- | --- | --- | --- |
| 4.1. | Employee Advances | | | $5,086.98 |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **($41,140.88)**

Debtor  **Mark A. Martinez, LLC**                                           Case number (if known)  **16-80149-G-11**
_____                            _____
Name

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6.  Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                                          **$0.00**

| **Part 3:** | **Accounts receivable** |
|---|---|

**10.  Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.  Accounts receivable**

11a.  90 days old or less:        **$0.00**          –          **$0.00**              =  .............. ➜          **$0.00**
                              face amount              doubtful or uncollectible accounts

11b.  Over 90 days old:           **$0.00**          –          **$0.00**              =  .............. ➜          **$0.00**
                              face amount              doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                                      **$0.00**

| **Part 4:** | **Investments** |
|---|---|

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method          Current value of
used for current value    debtor's interest

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                         % of ownership:

Debtor   **Mark A. Martinez, LLC**                             Case number (if known)   **16-80149-G-11**
_____Name_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

17. **Total of Part 4**                                                                        | $0.00 |
    Add lines 14 through 16.  Copy the total to line 83.

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM/DD/YYYY | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**                                                                        | $0.00 |
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals**  Examples:  Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**                                                                       | $0.00 |
    Add lines 28 through 32.  Copy the total to line 85.

Debtor  **Mark A. Martinez, LLC**                                   Case number (if known)  **16-80149-G-11**
        _Name_

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 4 office desks, 4 office chairs, breakroom table and chairs together with fixtures on real property | | | |
| This property is pledged for loan to $203,015.69 note to Prosperity Bank. | | | $17,431.50 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Bobcat | | | $0.00 |
| Ayala Phone System | | | $9,346.15 |
| computer server | | | $5,769.38 |
| 2 printers, laptop | | | $800.00 |
| 2 office computers | | | $4,416.65 |
| Security System | | | $1,320.00 |

42. **Collectibles**  _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                        **$39,083.68**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

Debtor  **Mark A. Martinez, LLC**          Case number (if known)  **16-80149-G-11**
_____
Name

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:  Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **1986 GMC 1 Ton Truck**<br>**VIN 1GDHC34MGJ502207** | | | **$1,800.00** |
| 47.2.  **1994 Ford PickupTruck**<br>**VINFTCR10U1RUC47982YR**<br>**This lien is disputed.** | | | **$22,000.00** |
| 47.3.  **2000 Chevrolet Pickup**<br>**TruckVIN1GCEK19T5YZ311188** | | | **$10,831.97** |
| 47.4.  **2001 Ford Pickup Truck Vin**<br>**1FTWW32FX1EB38922** | | | **$10,960.00** |
| 47.5.  **2003 28" Gooseneck Trailer**<br>**VIN 17YGN28263B025179** | | | **$5,812.50** |
| 47.6.  **2006 Chevrolet 3/4 Ton Pickup Welding Truck**<br>**VIN1GCHC29U56E142397** | | | **$15,000.00** |
| 47.7.  **2006 Goosenecks w/ramps**<br>**VIN 17YGB24286B033147**<br><br>**This title is held by Mark Anthony Martinez** | | | **$4,301.26** |
| 47.8.  **2006 Toyota Tundra**<br>**VIN 5TBRU34186S460294** | | | **$14,471.90** |
| 47.9.  **2007 Dodge Pickup Truck  VIN**<br>**3D7ML48A37G787017** | | | **$15,995.00** |
| 47.10.  **2014 Tem FlatBed trailer**<br>**VIN 1T9GL2029ES281422** | | | **Unknown** |
| 47.11.  **2011 C--5  18' Trailer  VIN4C9BU2024BE102040** | | | **$2,123.25** |
| 47.12.  **2014 Ford F150 Pickup Truck** | | | **$21,375.00** |
| 47.13.  **2012 Ford F350 Pickup Truck**<br>**VIN 1FD8W3HT4CEC29348** | | | **$31,725.00** |
| 47.14.  **2014 Ford F350 Pickup Truck VIN**<br>**1FD8W3HT4EEB11139** | | | **$31,725.00** |
| 47.15.  **2012 Ford F350 Pickup Truck**<br>**VIN 1FD8W3HT0CED15000** | | | **$23,850.00** |
| 47.16.  **18 ' trailer** | | | **$1,700.00** |
| 47.17.  **2006 HMDE Trailer  Plate No. 99ZYHN** | | | **$1,500.00** |

| Debtor | **Mark A. Martinez, LLC** | Case number (if known) | **16-80149-G-11** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.18. | **2008 Haul UT Enclosed Trailer**<br>VIN 16HGB2428A029194 | | $5,000.00 |
| 47.19. | **2008 PJTR/UT Trailer** | | $5,700.00 |
| 47.20. | **2010 HMDE UT 18 ' Trailer**<br>no VIN  Plate No. 852115H | | $1,500.00 |
| 47.21. | **2012 King Ranch Trailer**<br>VIN 17YBP1628AB044329 | | $1,500.00 |
| 47.22. | **24' Gooseneck Trailer** | | $5,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **2012 AMER Pressure Washer Trailer UT**<br>VIN 17YBP1223CB048622 | | $1,975.25 |
| **2013 Trailer Mounted Pressure Washer**<br>VIN 5VNBU1224DT109772 | | $2,800.00 |
| **Beveling Machine 2SA** | | $1,680.00 |
| **Blast Hoods, Hoses, Paint Guns** | | $20,000.00 |
| **Bristle Blaster** | | $2,451.76 |
| **Generator** | | $1,100.00 |
| **manitowoc Ice Machine** | | $4,763.00 |
| **Lincoln Welding Machine** | | $3,400.00 |
| **2008 Miller Welding Machine** | | $2,500.00 |
| **New Holland Tractor w/canopy** | | $10,462.50 |
| **Rotary cutter real axle walking  S/N 806099** | | $16,237.50 |

| | | |
|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$301,240.89** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   - ☒ No
   - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   - ☐ No.  Go to Part 10.
   - ☒ Yes.  Fill in the information below.

Debtor  **Mark A. Martinez, LLC**                                  Case number (if known)  **16-80149-G-11**
        Name

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **55.1.  1544 Highway 60**<br>**Bay City, TX 77414**<br>**1544 Highway 60**<br>**Land, Improvements, and separate**<br>**buildings located on property** | fee simple | | | **$299,327.31** |

**56.   Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.   | **$299,327.31** |

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☑ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

# Part 10:  Intangibles and Intellectual Property

**59.   Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No.  Go to Part 11.
   ☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.   Internet domain names and websites** | | | |
| **62.   Licenses, franchises, and royalties** | | | |
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| **64.   Other intangibles, or intellectual property** | | | |
| **65.   Goodwill** | | | |

**66.   Total of Part 10.**

   Add lines 60 through 65.  Copy the total to line 89.   | **$0.00** |

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   ☑ No
   ☐ Yes

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor   **Mark A. Martinez, LLC**                                              Case number (if known)   **16-80149-G-11**
_____Name_____

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

**Current value of debtor's interest**

71.  **Notes receivable**

     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**  _Examples:_ Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77.  Copy the total to line 90.

| | $0.00 |
|---|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Mark A. Martinez, LLC**                                          Case number (if known)   16-80149-G-11
          Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **($41,140.88)** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $39,083.68 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $301,240.89 | |
| 88. **Real property.** *Copy line 56, Part 9* .............................................. ➜ | | $299,327.31 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $299,183.69 | **+** 91b. $299,327.31 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ...................................................................................   $598,511.00

**Fill in this information to identify the case:**

Debtor name **Mark A. Martinez, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-80149-G-11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
| --- | --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>**Ally Financial** | **Describe debtor's property that is subject to a lien**<br>**2014 Ford F150  VIN**<br>**1FTFW1EF4EKD38489** | | $21,476.98 | $21,375.00 |
| **Creditor's mailing address**<br>**P.O.Box 130424** | **Describe the lien**<br>**Security Agreement / Agreement** | | | |
| **Roseville          MN    55113-0004** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | | |
| **Creditor's email address, if known** | | | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Last 4 digits of account number**    0  2  8  2 | | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |

6-3

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the
    Additional Page, if any.                                                                   $389,334.80

| Debtor | **Mark A. Martinez, LLC** | Case number (if known) | **16-80149-G-11** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.2**

**Creditor's name**
**Ally Financial**

**Creditor's mailing address**
**P.O.Box 130424**

**Roseville          MN     55113-0004**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**36 month lease of 2014 Ford F350**

**Describe debtor's property that is subject to a lien**
**36 month lease of 2014 Ford F350**

**Describe the lien**
**Contract/Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

|  |  | **Unknown** | **$0.00** |
|---|---|---|---|

**2.3**

**Creditor's name**
**Cristyn Hallmar, Tax Assessor-Collecto**

**Creditor's mailing address**
**Matagorda County Tax Assesor-Collect**

**1700 7th Street, Room 203**

**Bay City          TX     77414-5091**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          1    1    6    9

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Tax lien**

**Describe the lien**
**Taxes / Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  | **$1,672.40** | **$0.00** |
|---|---|---|---|

Debtor   **Mark A. Martinez, LLC**                                    Case number (if known) **16-80149-G-11**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.4**

Creditor's name
**Fifth Third Bank**

Creditor's mailing address

_____

_____

_____

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number      ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
          relative priority?

    ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
          specified on lines _____

Describe debtor's property that is
subject to a lien

**Bobcat**

Describe the lien

**Security Agreement / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

|  | **Unknown** | **$0.00** |
|---|---|---|

**2.5**

Creditor's name
**Ford Motor Credit**

Creditor's mailing address
**PO Box 650575**

_____

**Dallas              TX    75265-0575**

Creditor's email address, if known

_____

Date debt was incurred   **04/14/2013**

Last 4 digits of account
number      **4   7   3   6**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
          relative priority?

    ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
          specified on lines _____

Describe debtor's property that is
subject to a lien

**2012 F-350 DRW**

Describe the lien

**Security Agreement / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | **$24,489.21** | **$31,725.00** |
|---|---|---|

Debtor   **Mark A. Martinez, LLC**                                      Case number (if known) **16-80149-G-11**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports<br>this claim |

**2.6**

| | | |
|---|---|---|
| Creditor's name<br>**Ford Motor Credit** | Describe debtor's property that is<br>subject to a lien | $28,489.40   $31,725.00 |

Creditor's mailing address
**P.O.Box 62180**

Describe debtor's property that is subject to a lien
**2014 Ford F350 Pickup Truck VIN 1FD8W3HT4EEB11139**

Describe the lien
**Security Agreement / Agreement**

**Colorado Springs    CO    80962**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred   **01/23/2014**

Last 4 digits of account number   ___ ___ ___ ___

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.7**

Creditor's name
**Ford Motor Credit**

Creditor's mailing address
**P.O.Box 62180**

Describe debtor's property that is subject to a lien
**2012 Ford F350 Pickup Truck  VIN 1FD8W3HT0CED15000**

$22,750.06   $23,850.00

Describe the lien
**Security Agreement / Agreement**

**Colorado Springs    CO    80962**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred   **04/17/2013**

Last 4 digits of account number   ___ ___ ___ ___

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Mark A. Martinez, LLC** | Case number (if known) **16-80149-G-11** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.8**

| **Creditor's name**<br>**GE Capital (Bobcat)** | **Describe debtor's property that is subject to a lien** | $39,414.25 | $0.00 |
|---|---|---|---|

**Creditor's mailing address**
**P.O. Box 536447**

**Atlanta, GA 30353-647**

**Bobcat**

**Describe the lien**

**Agreement**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**    **4  5  2  2**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.9**

| **Creditor's name**<br>**Majesty Investments, LLC** | **Describe debtor's property that is subject to a lien** | $24,377.36 | $299,327.31 |
|---|---|---|---|

**Creditor's mailing address**
**dba Clear Creed Equipment**

**602 Highway 146 South**

**La Porte           TX    77571**

**Creditor's email address, if known**

**1544 Highway 60**

**Describe the lien**

**Mechanics Lien / Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**   ___  ___  ___  ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) Matagorda County; 2) Majesty Investments, LLC.**

  ☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Mark A. Martinez, LLC** _____  Case number (if known) **16-80149-G-11**

| **Part 1:** | **Additional Page** | | _Column A_ **Amount of claim** Do not deduct the value of collateral. | _Column B_ **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.10**  Creditor's name
**Matagorda County**

Creditor's mailing address
**1700 7th Street, Room 203**

_____

**Bay City          TX     77414-5091**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.9**

Describe debtor's property that is subject to a lien
**1544 Highway 60**

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$4,799.45 | $299,327.31

**for tax years 2011-2014  Gulf Coast Custom Coatings & Lease Service.**

**2.11**  Creditor's name
**Merchant Capital**

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**put something in here**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00 | $0.00

| Debtor | **Mark A. Martinez, LLC** | Case number (if known) **16-80149-G-11** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.12** Creditor's name
**Prosperity Bank**

Creditor's mailing address
**1600 7th Street**

_____

**Bay City           TX   77414**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
        relative priority?

        ☐ No.  Specify each creditor, including this
              creditor, and its relative priority.

        ☐ Yes.  The relative priority of creditors is
              specified on lines _____

Describe debtor's property that is
subject to a lien
**Office Building & acres,fixtures, a/r**

Describe the lien
**Mortgage Office / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$203,015.69**          **$0.00**

**2.13** Creditor's name
**Sheffield Financial**

Creditor's mailing address

_____

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
        relative priority?

        ☐ No.  Specify each creditor, including this
              creditor, and its relative priority.

        ☐ Yes.  The relative priority of creditors is
              specified on lines _____

Describe debtor's property that is
subject to a lien
**put something in here**

Describe the lien
**Put something in hee / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Unknown**          **$0.00**

Debtor     **Mark A. Martinez, LLC**                                    Case number (if known) **16-80149-G-11**

| **Part 1:** | **Additional Page** |
|---|---|

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports<br>this claim** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.14**

**Creditor's name**
**Texs Comptroller of Public Accounts**

**Creditor's mailing address**
**P.O. Box 13528**

_____

_____

**Austin              TX     78711-3528**

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account
number**                    **5   2   0   9**

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**taxes**

**Describe the lien**

**Franchise Tax / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $18,850.00 | $17,431.50 |
|---|---|---|

Debtor   **Mark A. Martinez, LLC**                                    Case number (if known) **16-80149-G-11**

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be
listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed,
copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Kubota Credit Corp** | Line _____ | **4  7  9  2** |
| **P.O. Box 0559** | | |
| **Carol Stream**        IL        **60132-0559** | | |

| Fill in this information to identify the case: |
| --- |

Debtor **Mark A. Martinez, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-80149-G-11**
(if known)

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**    Priority creditor's name and mailing address

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Internal Revenue Service | As of the petition filing date, the claim is: *Check all that apply.* | $23,548.31 | $23,548.31 |

Internal Revenue Service

Centralized Insolvency Operation

P.O. Box 7346

Philadelphia      PA      19101-7346

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**941 Taxes**

Last 4 digits of account
number   **3**   **8**   **8**   **1**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

**2.2**    Priority creditor's name and mailing address

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Texas Workforce Commission | As of the petition filing date, the claim is: *Check all that apply.* | $1,581.55 | $1,581.55 |

Texas Workforce Commission

Office of the Attorney General

Bankruptcy & Collections Division

P.O. Box 12548, MC-008

Austin      TX      78711-2548

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**TWC**

Date or dates debt was incurred
_____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number   **2**   **1**   **2**   **2**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

Debtor    **Mark A. Martinez, LLC**                                    Case number (if known)   **16-80149-G-11**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$435.91** |
| --- | --- | --- | --- |

**3-DDD Welding & Industrial Supply, Inc**

**3016 Hwy 123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Marcos**               **TX**      **78666**

**Basis for the claim:**
**Non-Purchase Money**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **1   8   4   5**

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,932.55** |
| --- | --- | --- | --- |

**A1 Installations, Inc.**

**P.O. Box 131373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Spring**                   **TX**      **77393**

**Basis for the claim:**
**Computer servicing**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,231.83** |
| --- | --- | --- | --- |

**Airgas**

**P.O. Box 676015**

**Dallas, T X75267-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non-Purchase Money**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **1   2   5   6**

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,720.00** |
| --- | --- | --- | --- |

**American Door Products**

**P.O. Box 55187**

**Houston, Texas 77255-55187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non-Purchase Money**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **L   0   3   9**

Debtor   **Mark A. Martinez, LLC**                                    Case number (if known)   **16-80149-G-11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,000.83 |

**Blueline Rental**

**P.O. Box 480062**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                          **TX**      **75284-0062**

Basis for the claim:   **vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      **1   8   1   2**      ☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,115.18 |

**Briggs Equipment**

**10540 N. Stemmons Frwy**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                          **TX**      **75220**

Basis for the claim:   **Non-Purchase Money**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      **4   8   8   5**      ☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,862.93 |

**Carboline**

**Box 931942**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cleveland**                       **OH**      **44193**

Basis for the claim:   **Non-Purchase Money**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      **8   0   0   0**      ☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,729.20 |

**Cintas**

**307 S. Vine Street**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Victoria**                        **TX**      **77901**

Basis for the claim:   **Non-Purchase Money**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      **1   7   7   7**      ☑ No
☐ Yes

Debtor   **Mark A. Martinez, LLC**                     Case number (if known)  **16-80149-G-11**

| Part 2: | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |

**Citizens**

**421 E. Commanche St, Ste A**

**Norman**                     **OK       73071**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non-Purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$400.00**

---

| 3.10 | Nonpriority creditor's name and mailing address |

**Clear Creek Equipment**

**602 Hwy 146 South**

**La Porte**                     **TX       77571**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non-Purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$19,265.88**

---

| 3.11 | Nonpriority creditor's name and mailing address |

**Coastal Tool & Supply**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non-Purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,754.51**

---

| 3.12 | Nonpriority creditor's name and mailing address |

**Comfort Suites**

**5100 7th Street**

**Bay City**                     **TX       77414**

Date or dates debt was incurred

Last 4 digits of account number      5    4    4    4

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non-Purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,623.71**

---

| Debtor | **Mark A. Martinez, LLC** | Case number (if known) | 16-80149-G-11 |
|---|---|---|---|

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.13**   Nonpriority creditor's name and mailing address

**Crown Funding Group**

**126 10th Street # 207**

**Brooklyn**                      **NY      11215**

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.14**   Nonpriority creditor's name and mailing address

**Diamond G. Inspection**

**11050 W. Little York Bldg G**

**Houston**                      **TX      77041**

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20,503.25**

---

**3.15**   Nonpriority creditor's name and mailing address

**El Campo Reffigeration**

**P.O. Box 1645**

**El Campo**                      **TX      77437**

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,966.04**

---

**3.16**   Nonpriority creditor's name and mailing address

**Fastenal Company**

**P.O. Box 978**

**Winona**                      **MN      55987-0978**

Date or dates debt was incurred

Last 4 digits of account number        **0  7  0  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,182.49**

---

Debtor   **Mark A. Martinez, LLC**                    Case number (if known)   **16-80149-G-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

**Flash Advance**

**6261 NW 6th Way, Ste 103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Ft. Lauderdale | FL | 33309 | **Non-Purchase Money** |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,031.60** |
|---|---|---|---|

**Gulf Coast Crane Service Inc**

**5961 HWY 44**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Corpus Christi | TX | 78406 | **Non-Purchase Money** |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,640.24** |
|---|---|---|---|

**Haller-Phillips, Inc**

**P.O.Box 67**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Hobbs | NM | 88241 | **Non-Purchase Money** |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   1   0   0   0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$25,444.46** |
|---|---|---|---|

**Industrial Piping Specialists**

**P.O. Box 581270 Tulsa**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Tulsa | OK | 74158-1270 | **Vendor** |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Mark A. Martinez, LLC** | Case number (if known) | **16-80149-G-11** |

---

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| | |
|---|---|
| **3.21** | Nonpriority creditor's name and mailing address |

**La Copa**

**P.O. Box 336**

| | | |
|---|---|---|
| Sinton | TX | 78387 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non-Purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

$815.57

---

| | |
|---|---|
| **3.22** | Nonpriority creditor's name and mailing address |

**Linda's Sand and Gravel, LLC**

**2058 FM 1163 RD**

| | | |
|---|---|---|
| El Campo | TX | 77437 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non-Purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,088.74

---

| | |
|---|---|
| **3.23** | Nonpriority creditor's name and mailing address |

**Mainland Tool & Supply**

**2830 FM 1765**

| | | |
|---|---|---|
| Texas City | TX | 77590 |

Date or dates debt was incurred

Last 4 digits of account number   6   5   9   6

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non-Purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,625.77

---

| | |
|---|---|
| **3.24** | Nonpriority creditor's name and mailing address |

**Momentum Rental and Sales**

**809 South Highway 35**

| | | |
|---|---|---|
| Port Lavaca | TX | 77979 |

Date or dates debt was incurred

Last 4 digits of account number   4   7   8   0

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non-Purchase Money**

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,146.46

---

Debtor   **Mark A. Martinez, LLC**                        Case number (if known)   **16-80149-G-11**

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$15,168.94**

**Nueces Power Equipment**

**P.O. Box 4789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

**Corpus Christi**          **TX**     **78469**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number          **A   R   8   7**

☑ No
☐ Yes

---

**3.26**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$8,661.10**

**Praxair Distribution Inc**

**P.O. Box 120812 Dept 0812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

**Dallas**          **TX**     **75312-0812**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number          **3   A   4   6**

☑ No
☐ Yes

---

**3.27**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$9,815.63**

**PSS Companies Rental**

**1010 Lamar, Ste 710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

**Houston**          **TX**     **77002**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number          **6   0   7   0**

☑ No
☐ Yes

---

**3.28**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$2,658.00**

**Sacred Heart Medical Services**

**3909 Lone Tree Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

**Victoria**          **TX**     **77901**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number          **5   4   4   0**

☑ No
☐ Yes

Debtor __**Mark A. Martinez, LLC**_____   Case number (if known) __16-80149-G-11__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.29**   **Nonpriority creditor's name and mailing address**

__Sandco Sales Inc__

__P.O. Box 69233__

__Odessa_____ __TX_____ __79769__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Non-Purchase Money__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,575.62**

---

**3.30**   **Nonpriority creditor's name and mailing address**

__Seaport Supply__

__Dept 375 P.O. Box 4652__

__Houston_____ __TX_____ __77210-4652__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Non-Purchase Money__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$11,184.02**

---

**3.31**   **Nonpriority creditor's name and mailing address**

__Skid-O-Can__

__622 McBride Lane__

__Corpus Chrsiti_____ __TX_____ __78408__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __0__ __1__ __1__ __8__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Non-Purchase Money__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,068.78**

---

**3.32**   **Nonpriority creditor's name and mailing address**

__Southland Safety__

__P.O. Box 1435__

__Henderson, T 75653-1435__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Non-Purchase Money__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,587.40**

---

Debtor   **Mark A. Martinez, LLC** _____   Case number (if known)  **16-80149-G-11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 **Amount of claim**

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,908.15 |
|---|---|---|---|

**Specialty Sand Company**

**16601 Garrett Road**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**      **77044**

**Basis for the claim:**

**Vendor**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,646.39 |
|---|---|---|---|

**United Rentals**

**P.O. Box 840514**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**      **75284-0514**

**Basis for the claim:**

**Vendor**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Mark A. Martinez, LLC**                                    Case number (if known)    **16-80149-G-11**

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

|  | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.1**    **L. David Smith**                                   Line _____                           __ __ __ __

**Chernosky, Smith, Ressling & Smith, PLLC**         ☑ Not listed.  Explain:

**4646 Wild Indigo, Suite 110**                         **Attorney for  Prosperity Bank**

**Houston            TX        77027**

**Notice of Appearance filed**

**4.2**    **R. Christopher Naylor**                            Line _____                           __ __ __ __

**Delvin, Naylor & Turbyfill, P.L.L.C**               ☑ Not listed.  Explain:

**5120 Woodway, Ste 9000**                              **Attorney for Ford Motor Credit**

**Houston            TX        77056-1725**

**Notice of Appearance Filed**

Debtor  **Mark A. Martinez, LLC**          Case number (if known)  **16-80149-G-11**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.  **Total claims from Part 1**          5a.          **$25,129.86**

5b.  **Total claims from Part 2**          5b. **+**          **$325,791.18**

5c.  **Total of Parts 1 and 2**          5c.          **$350,921.04**
       Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Mark A. Martinez, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-80149-G-11**            Chapter **11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐    No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑    Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
      (Official Form 206A/B).

2.    **List all contracts and unexpired leases**                    State the name and mailing address for all other
                                                                      parties with whom the debtor has an executory
                                                                      contract or unexpired lease

| | | |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | **36 month lease of 2014 Ford F350 Contract to be ASSUMED Contract is in DEFAULT** | **Ally Financial** |
| | | **P.O.Box 130424** |
| State the term remaining | **19 payment(s)** | |
| | | **Roseville**          **MN**   **55113-0004** |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | **2014 Ford F150 VIN 1FTW1EF4EKD38489 Contract to be ASSUMED** | **Ally Financial** |
| | | **P.O. Box 380902** |
| State the term remaining | | |
| | | **Roseville**          **MN**   **55113-0004** |
| List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|

Debtor name     **Mark A. Martinez, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number     **16-80149-G-11**
(if known)

☐ Check if this is an
     amended filing

<u>Official Form 206H</u>

## Schedule H: Codebtors        12/15

**Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Mark A. Martinez, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **16-80149-G-11**

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                12/15

## Part 1:   Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.   **Real property:**
       Copy line 88 from Schedule A/B......................................................................................... | **$299,327.31**

    1b.   **Total personal property:**
       Copy line 91A from Schedule A/B........................................................................................ | **$299,183.69**

    1c.   **Total of all property**
       Copy line 92 from Schedule A/B.......................................................................................... | **$598,511.00**

## Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D................. | **$389,334.80**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. | **$25,129.86**

    3b.   **Total amount of claims of non-priority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. | **+   $325,791.18**

4.   **Total liabilities**
    Lines 2 + 3a + 3b ......................................................................................................... | **$740,255.84**

**Fill in this information to identify the case and this filing:**

Debtor Name  **Mark A. Martinez, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **16-80149-G-11**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/14/2016**       X **/s/ Mark A. Martinez**
　　　　　　MM / DD / YYYY　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　**Mark A. Martinez**
　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　**President**
　　　　　　　　　　　　　　　　　　Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Mark A. Martinez, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **16-80149-G-11**
(if known)

☐ Check if this is an
    amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1.  **Gross revenue from business**

    ☑ None

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

    ☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Ally Financial**<br>Creditor's name<br>**P.O.Box 130424**<br>Number     Street<br><br>**Roseville**          **MN**    **55113-0004**<br>City                    State    ZIP Code | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **auto lease payments** |
| 3.2. | **Capital Solutions Bancorp LLC**<br>Creditor's name<br>**12761 World Plaza Lane, Ste 1**<br>Number     Street<br><br>**Fort Myers**          **FL**    **33907**<br>City                    State    ZIP Code | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

Debtor  **Mark A. Martinez, LLC**          Case number (if known) **16-80149-G-11**
_____Name_____

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Capital Solutions Bancorp LLC** | | | |
| | Insider's name | | | |
| | **12761 World Plaza Lane, Ste 1** | | | |
| | Number     Street | | | |
| | | | | |
| | **Fort Myers**          **FL**      **33907** | | | |
| | City                          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

**Part 3:**  **Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or government audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **CINTAS-R.U.S., LP V. MARK A. MARTINEZ LLC AND INDIVIDUALLY** | **suit on agreement** | **130TH DISTRICT COURT, MATAGORD** | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | **Judgment for $33,148.97** | | ☑ Concluded |
| | | | Number     Street | |
| | **Case number** | | | |
| | **16-E-0002** | | | |
| | | | City                    State   ZIP Code | |

Debtor   **Mark A. Martinez, LLC**                                Case number (if known)   **16-80149-G-11**
<u>Name</u>

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☑ None

| Part 5: | Certain Losses |
|---------|----------------|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|   | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---------------------------------------------|--------------------------------------------------|-------|------------------------|
| 11.1. | **The Whitle Law Firm, PLLC** | **$4000 in legal fees** <br> **$1800 in filing fees and expenses** | **4/29/2016 and continuing** | **$4.00** |

**Address**

**5151 Flynn Parkway**
<u>Number     Street</u>
**Suite 308**

**Corpus Christi**          **TX**     **78411**
<u>City</u>                       <u>State</u>    <u>ZIP Code</u>

**Email or website address**
**w.whittle@whittlelawfirm.com**

**Who made the payment, if not debtor?**

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Debtor | **Mark A. Martinez, LLC** | | Case number (if known) | **16-80149-G-11** |
|---|---|---|---|---|
| | Name | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

　　Does the debtor have a privacy policy about that information?
　　☐ No.
　　☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
　　☐ No.  Go to Part 10.
　　☐ Yes.  Fill in below:

Debtor    **Mark A. Martinez, LLC**                                    Case number (if known)    **16-80149-G-11**
_____                           _____
Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.   Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.   Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.   Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

Debtor   **Mark A. Martinez, LLC**                                Case number (if known)  **16-80149-G-11**
_____                                   _____
Name

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

☒ No
☐ Yes.  Provide details below.

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☒ None

26. **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Dates of service | |
|---|---|---|---|
| 26b.1. | **Terrell J. Monteau, PC**<br>Name<br>**2512 Fourth Street**<br>Street<br><br>**Bay City**  **TX**  **77414**<br>City     State     ZIP Code | From _____ | To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Mark A. Martinez**<br>Name<br>**1544 State Highway 60**<br>Street<br><br>**Bay City**  **TX**  **77414**<br>City     State     ZIP Code | |

| Debtor | **Mark A. Martinez, LLC** | Case number (if known) | **16-80149-G-11** |
|---|---|---|---|
| | Name | | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  here put info
_____
Name
_____
Street
_____
_____
City                        State        ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes.  Identify below.

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes.  Identify below.

Debtor   **Mark A. Martinez, LLC**                                    Case number (if known)   **16-80149-G-11**
_____
Name

| **Part 14:** | **Signature and Declaration** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/14/2016**
                    _____
                    MM / DD / YYYY

X  **/s/ Mark A. Martinez**                                    Printed name   **Mark A. Martinez**
    _____                        _____
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor  **President**
                                        _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 8

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

In re  **Mark A. Martinez, LLC**

Case No.   **16-80149-G-11**

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept..........................Hourly: Estimated Total | **$8,000.00** |
| Prior to the filing of this statement I have received........................................................ | **$4,000.00** |
| Balance Due............................................................................Hourly: Approximately | **$4,000.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Adversary or other proceedings against others to benefit the bankrupty estate.**

<div style="border:1px solid black;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 06/14/2016 | /s/ William A. Whittle |
| --- | --- |
| *Date* | *William A. Whittle*        Bar No.  21407000 |
| | The Whittle Law Firm, PLLC |
| | 308 Atrium Plaza I |
| | 5151 Flynn Parkway |
| | Corpus Christi, TX 78411 |
| | Phone: (361) 887-6993 / Fax: (361) 887-6999 |

</div>

 **/s/ Mark A. Martinez**

*Mark A. Martinez*
*President*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

IN RE:   **Mark A. Martinez, LLC**                                    CASE NO   **16-80149-G-11**

                                                                              CHAPTER   **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  6/14/2016 _____          Signature  __/s/ Mark A. Martinez_____
                                                                              *Mark A. Martinez*
                                                                              *President*


Date _____          Signature _____

3-DDD Welding & Industrial Supply, Inc
3016 Hwy 123
San Marcos, TX 78666


A1 Installations, Inc.
P.O. Box 131373
Spring, TX 77393


Airgas
P.O. Box 676015
Dallas, T X75267-6015


Ally Financial
P.O.Box 130424
Roseville, MN 55113-0004


Ally Financial
P.O. Box 380902
Roseville, MN 55113-0004


American Door Products
P.O. Box 55187
Houston, Texas 77255-55187


Blueline Rental
P.O. Box 480062
Dallas, Texas 75284-0062


Briggs Equipment
10540 N. Stemmons Frwy
Dallas, TX 75220


Carboline
Box 931942
Cleveland, OH 44193

Cintas
307 S. Vine Street
Victoria, TX 77901


Citizens
421 E. Commanche St, Ste A
Norman, OK 73071


Clear Creek Equipment
602 Hwy 146 South
La Porte, Texas 77571


Coastal Tool & Supply


Comfort Suites
5100 7th Street
Bay City, TX 77414


Cristyn Hallmar, Tax Assessor-Collector
Matagorda County Tax Assesor-Collector
1700 7th Street, Room 203
Bay City, Texas 77414-5091


Crown Funding Group
126 10th Street # 207
Brooklyn, Ny 11215


Diamond G. Inspection
11050 W. Little York Bldg G
Houston, TX 77041


El Campo Reffigeration
P.O. Box 1645
El Campo, TX 77437

Fastenal Company
P.O. Box 978
Winona, MN 55987-0978


Fifth Third Bank



Flash Advance
6261 NW 6th Way, Ste 103
Ft. Lauderdale, FL 33309


Ford Motor Credit
PO Box 650575
Dallas, TX  75265-0575


Ford Motor Credit
P.O.Box 62180
Colorado Springs, CO 80962


GE Capital (Bobcat)
P.O. Box 536447
Atlanta, GA 30353-647


Gulf Coast Crane Service Inc
5961 HWY 44
Corpus Christi, TX 78406


Haller-Phillips, Inc
P.O.Box 67
Hobbs, NM 88241


Industrial Piping Specialists
P.O. Box 581270 Tulsa
Tulsa, OK 74158-1270

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Kubota Credit Corp
P.O. Box 0559
Carol Stream, IL 60132-0559


L. David Smith
Chernosky, Smith, Ressling & Smith, PLLC
4646 Wild Indigo, Suite 110
Houston, Texas 77027


La Copa
P.O. Box 336
Sinton, TX 78387


Linda's Sand and Gravel, LLC
2058 FM 1163 RD
El Campo, TX 77437


Mainland Tool & Supply
2830 FM 1765
Texas City, TX 77590


Majesty Investments, LLC
dba Clear Creed Equipment
602 Highway 146 South
La Porte TX 77571


Matagorda County
1700 7th Street, Room 203
Bay City, TX 77414-5091


Merchant Capital

Momentum Rental and Sales
809 South Highway 35
Port Lavaca, TX 77979


Nueces Power Equipment
P.O. Box 4789
Corpus Christi, TX 78469


Praxair Distribution Inc
P.O. Box 120812 Dept 0812
Dallas, TX 75312-0812


Prospertity Bank
1600 7th Street
Bay City, Texas 77414


PSS Companies Rental
1010 Lamar, Ste 710
Houston, Texas 77002


R. Christopher Naylor
Delvin, Naylor & Turbyfill, P.L.L.C
5120 Woodway, Ste 9000
Houston, TX  77056-1725


Sacred Heart Medical Services
3909 Lone Tree Road
Victoria, TX 77901


Sandco Sales Inc
P.O. Box 69233
Odessa, TX 79769


Seaport Supply
Dept 375 P.O. Box 4652
Houston, TX 77210-4652

Sheffield Financial


Skid-O-Can
622 McBride Lane
Corpus Chrsiti, TX 78408


Southland Safety
P.O. Box 1435
Henderson, T 75653-1435


Specialty Sand Company
16601 Garrett Road
Houston, Texas 77044


Texas Workforce Commission
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548, MC-008
Austin, Texas 78711-2548

Texs Comptroller of Public Accounts
P.O. Box 13528
Austin, Texas 78711-3528


United Rentals
P.O. Box 840514
Dallas, TX 75284-0514